

Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE
CHERRY HILL, NJ 08003
877-851-1451

Office Hours :
Monday - Thursday   9am - 9pm ET
Friday                      9am - 8pm ET

RE: CHASE BANK USA N.A.
MRS ACCT#: xxxxxx6939
CLIENT ACCT#: xxxxxxxxxxxx6507

**ACCOUNT BALANCE : $3,340.69**

December 30, 2016

Dear DANIEL ABRAHAMOV,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options that will enable you to avoid further collection activity being taken against you. We are not obligated to renew this offer.

Option 1: You pay only $1,436.50 in ONE PAYMENT that must be received in this office on or before 01/23/2017.

Option 2: You make TWO PAYMENTS of $885.29 each. The first payment must be received in this office on or before 01/23/2017 and the second payment on or before 02/23/2017.

Option 3: A monthly payment plan on the full balance of the account.

Payment may be made by calling 877-851-1451, mailing to the above address or by using our online payment website at https://mrspay.webview.com (internet connection required). If you have any questions or wish to discuss other arrangements, you may contact us.

When you call please let our representative know that you have received the CHASE BANK USA N.A. Option Letter.

Sincerely,

MRS Associates
877-851-1451
MRS Associates is a trade name of MRS BPO, L.L.C.

> Tax time is a great time to put issues like this behind you. Consider using your tax refund to satisfy your outstanding obligation.

If we settle this debt with you for less than the full outstanding balance, Chase may offer you less favorable terms in the future for some Chase products or services, or may deny your application.

**NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs, license number 1292105, 1292103.
MRS Associates contact: Denise Eichenberg - Mon - Fri 9 AM - 5 PM ET (800) 716-6429.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

STL002WTT